SAMUEL H. KISSAM, as Executor, etc., Respondent, *v.* JOHN CONSALUS, as Surviving Executor, Appellant.

(Argued March 18, 1889; decided April 16, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made at the November Term, 1886, which modified and affirmed, as modified, a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*E. F. Bullard* for appellant.

*Edgar T. Brackett* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

BRYAN J. O'DONNELL, as Administrator, etc., Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Argued March 18, 1889; decided April 16, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made November 15, 1887, which affirmed a judgment in favor of defendant, entered upon an order nonsuiting the plaintiff on trial.

*Louis Marshall* for appellant.

*Frank H. Hiscock* for respondent.

Agree to affirm; no opinion.
All concur, except RUGER, Ch. J., ANDREWS and DANFORTH, JJ., dissenting.
Judgment affirmed.